**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6551

JOHN FISHBACK,

Plaintiff - Appellant,

v.

DEPUY ORTHOPAEDICS; AHNAD MURTHI, MD.; MICHAEL O'BRIAN;
LABID SYAD, MD.; NAO B. ODEFLE, MD.; BARBARA NEWLON; SHERON
BAUCOM, MD.; ASRESAHEGN GETACHEW, MD.; COLIN OTTEY, MD.;
MAJID ARNAUT, MD.; GARY MAYNARD, Secretary; J. M. STOUFFER,
Commissioner; BOBBY SHEARIN, Warden; WARDEN BISHOP; SUDAIR
KATHURIA, MD.; CORIZON; UNIVERSITY OF MARYLAND MEDICAL
SYSTEM,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:12-cv-00648-JFM)

Submitted:  August 6, 2013          Decided:  August 23, 2013

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Fishback, Appellant Pro Se.  Indira Kavita Sharma, Jason M.
St. John, SAUL EWING, LLP, Baltimore, Maryland; Stephanie Judith
Lane-Weber, Assistant Attorney General, Baltimore, Maryland;
Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY &
KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Fishback appeals the district court's orders denying his motions and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fishback v. Depuy Orthopaedics, No. 1:12-cv-00648-JFM (D. Md. Mar. 28, 2013; Mar. 21, 2013; Mar. 13, 2013; Mar. 7, 2013; Feb. 19, 2013; Sept. 17, 2012; July 31, 2012; June 26, 2012; filed Mar. 1, 2012 & entered Mar. 2, 2012). We deny Fishback's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED